

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00469-CV

———————————————

IN RE DARRYL HEFFNER, Relator

---

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court No. CV21-00248

---

Before Bassel, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for stay are denied.

Per Curiam

Delivered: September 10, 2025